AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOE MATA,<br>*Plaintiff*<br>v.<br><br>JAMES KEY,<br>*Defendant* | ) ) ) ) ) )   Civil Action No. 1:21-CV-3157-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.

Any appeal taken by Petitioner of this matter would not be taken in good faith as he fails to make a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

on Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1).

Date:  March 9, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry